UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE MORRELL<br>    Plaintiff,<br><br>v.<br><br>TATE & KIRLIN ASSOCIATES, INC<br>    Defendant | CIVIL ACTION<br><br><br><br>MARCH 17, 2011 |

## COMPLAINT

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

2. Plaintiff, Valerie Morrell, is a natural person residing in Guilford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. § 1692a(3).

3. The defendant, Tate & Kirlin Associates, Inc. ("T&K"), is a Pennsylvania corporation that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1337.

5. This Court has jurisdiction over T&K because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. A creditor named "BILL ME LATER" claimed that Plaintiff owed a consumer debt on an account, and it assigned that account to T&K for collection purposes.

8. In an attempt to collect on the aforementioned account, on or around February 21, 2011, T&K called Plaintiff's home and left a message; on that message, T&K failed to state that it was a communication from a debt collector and failed to state that it was an attempt to collect a debt.

9. T&K violated the FDCPA .

WHEREFORE, the Plaintiff seeks recovery of actual damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, VALERIE MORRELL

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax (860) 571-7457

2