# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **VALERIE MORRELL** ) | **CASE NO.:** |
| **Plaintiff,** ) | **3:11-CV-00433-AWT** |
| ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| **TATE & KIRLIN ASSOCIATES, INC** ) | |
| **Defendant** ) | |
| _____) | **MAY 10, 2011** |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Valerie Morrell,

through her attorney, hereby give notice that the claims of the above-entitled action

shall be dismissed with prejudice, and without costs or attorney's fees.


**PLAINTIFF, VALERIE MORRELL**


By: /s/Daniel S. Blinn_____
    Daniel S. Blinn, Fed Bar No. ct02188
    Matthew W. Graeber, Fed Bar No. ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457

## **CERTIFICATION**

I hereby certify that on this 10th day of May, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn